DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHASE PATRICK GRIBBIN,**
Appellant,

v.

**STATE OF FLORIDA DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM** and **MELANEY NICOLE LEXA,**
Appellees.

No. 4D21-2194

[March 24, 2022]

Appeal from the State of Florida Department of Revenue; L.T. Case No. 50-2021-AS-700203-XXXX-MB.

Dodger L. Arp and Nora Bailey of The Law Offices of Dodger Arp, P.A., West Palm Beach, for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee State of Florida Department of Revenue.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***